UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ENRIQUE SERRANO CASTRO, ROSALINDA REYNOSO, and DANIEL AVILA TULE, individually And d/b/a MI MEXICANO RESTAURANTE,<br><br>    Defendants. | Case No. 12-CV-05767-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

Pursuant to Civil Local Rule 16-10 of the United States District Court for the Northern District of California, the Court hereby ORDERS the parties to file a Joint Case Management Conference Statement by 12:00 p.m. on March 5, 2013.

**IT IS SO ORDERED.**

Dated:  March 4, 2013

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE