# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENRIQUE SERRANO CASTRO, ROSALINDA REYNOSO, and DANIEL AVILA TULE, individually And d/b/a MI MEXICANO RESTAURANTE, <br><br> Defendants. | Case No. 12-CV-05767-LHK <br><br> **ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

On March 6, 2013, at approximately 12:36 p.m., Plaintiff filed a Motion to Continue the Case Management Conference scheduled for March 6, 2013, at 2:00 p.m. *See* ECF No. 13. The Court finds that Plaintiff has failed to establish good cause for rescheduling. Accordingly, Plaintiff's Motion to Continue the Case Management Conference is DENIED.

**IT IS SO ORDERED.**

Dated: March 6, 2013

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE