1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> ENRIQUE SERRANO CASTRO and ROSALINDA REYNOSO, individually and d/b/a MI MEXICANO RESAURANTE, <br><br> Defendants. | Case No.: 12-CV-05767-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for June 19, 2013, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, June 16, 2013, at noon.

**IT IS SO ORDERED.**

Dated:  June 13, 2013

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-05767
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT