UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ENRIQUE SERRANO CASTRO and ) <br> ROSALINDA REYNOSO, individually and ) <br> d/b/a MI MEXICANO RESAURANTE, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 12-CV-05767-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for June 19, 2013, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, June 16, 2013, at noon</u>.

**IT IS SO ORDERED.**

Dated:  June 13, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-05767
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT